82,904-01

ERIC J. BROWN
#1570332
MC CONNELL UNIT
3001 S. EMILY dr
BEEVILLE, TEXAS 78102
APRIL 7, 2015

ABEL ACOSTA, CLERK
COURT OF CRIMINAL APPEALS
OF TEXAS
P.O. BOX 12308
CAPITOL STATION
AUSTIN, TEXAS 78711

SUBJECT: STATE OF TEXAS V. ERIC BROWN
TR.CT. NO; 08-11-222-CRW-A ; WR-82,904-01

GREETINGS: MAY God be WITH You;

PLEASE STAMP dATE, FILE THIS ISSUE INTO THE APPROPRIATE
COURT.

THANK YOU, RESPECTFULLY

Eric J. Brown

CC: FILE

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 08 2015

Abel Acosta, Clerk

# COURT OF CRIMINAL APPEALS

EX PARTE
ERIC J. BROWN

TR. CT. NO: 08-11-222-CRW-A
C.C.A. NO: WR-82-904-01

## 2nd Request; Opinions, Publications and Citations, Texas Rules of Appellate Procedure Standards For Appellate Conduct

TO THE HONORABLE Judge OF SAID COURT:

NOW COMES EX PARTE, PRO-SE ERIC J. BROWN, TDCJ-ID NO: 1570332 CURRENTLY INCARCERATED AT THE WILLIAM G. MCCONNELL UNIT 3001 S. EMILY dR, BEEVILLE, TEXAS 78102.

### I.

IT IS EX PARTE'S HUMBLE REQUEST THAT THIS HONORABLE COURT GRANT THIS SECOND REQUEST FOR OPINIONS, PublICATION AND CITATION. SEE, RULE 47 "OPINIONS, PublICATIONS AND CITATIONS". ALSO RULE 47.1 "WRITTEN OPINIONS". COURT OF APPEALS (CRIMINAL COURT OF APPEALS) "MUST hand down WRITTEN OPINION THAT IS bRIEF AS IS PRACTICABLE, THAT AddRESSES EVERY ISSUE RAISED AND NECESSARY TO FINAL dESPOSITION OF THE APPEAL.

### II.

RULE 47.2; DESIGNATION AND SIGNING OF OPINION(S) — PARTICIPATING Judges:

(b.) CRIMINAL CASES!

IN AddITION, EACH OPINION, MEMORANDUM OPINION IN CRIMINAL CASE(S) MUST bEAR NOTATION "PublishED OR do NOT Publish" AS dETERMINED, bEFORE OPINION IS handED down — bY A MAJORITY OF THE JUSTICE(S) WHO PARTICIPATED IN CONSIDERATION OF THE CASE. THE COURT OF CRIMINAL APPEALS MAY AT ANYTIME ORDER THAT A "do NOT Publish" NOTATION bE CHANGED TO "Publish".

### III.

RULE 48.2 AddITIONAL RECIPIENTS IN CRIMINAL CASE(S)
RULE 48.3 FILING OPINION AND Judgment:
"TRIAL COURT CLERK MUST FILE COPY OF OPINION / Judgment AMONG THE PAPERS OF THE COURT OF THE CASE.

Rule 49.7 <u>EN BANC RECONSIDERATION</u>

PARTY MAY REQUEST MOTION (hearing) FOR EN BANC RECONSIDE-RATION, AFTER COURT OF CRIMINAL APPEALS denied LAST TIMELY FILED MOTION FOR REHEARING/RECONSIDERATION.

THIS COURT HAS PLENARY POWER, THE EN BANC COURT MAY WITH/WITHOUT MOTION/ORDER GRANT EN BANC RECONSIDERATION.

IF A MAJORITY ORDERS RECONSIDERATION, PANEL'S JUDGMENT OR ORDER <u>does NOT</u> become FINAL. THE CASE WILL BE RESUBMITTED TO COURT FOR EN BANC REVIEW AND DESPOSITION.

V.

Rule 73.2 <u>NON-COMPLAINT APPLICANTIONS</u> ?

COURT OF CRIMINAL APPEALS MAY dismiss AN APPLICATION THAT does NOT COMPLY WITH THESE RULES?

VI.

Rule 77 <u>OPINIONS</u>

Rule 77.1 <u>GENERALLY</u>:

IN <u>EACH CASE</u> THAT IS ARGUED OR SUBMITTED TO COURT OF CRIMINAL APPEALS. THE COURT <u>WILL</u> hand down <u>WRITTEN OPINION</u> SETTING FORTH THE REASON(S) FOR ITS DECISION AND ANY GERMANE PRECEDENT. ANY JUDGE MAY FILE AN OPINION dissenting FROM OR CONCURRING THE COURTS OPINION.

Rule 78.1 <u>TYPE OF JUDGMENT - COURT OF CRIMINAL APPEALS MAY</u>:

(A). AFFIRM LOWER COURT'S JUDGMENT IN WHOLE OR IN PART;

(B). MODIFY LOWER COURT'S JUDGMENT, AFFIRMED IT AS MODIFIED;

(C). REVERSE COURT JUDGMENT IN WHOLE OR PART, RENDER JUDGMENT THAT LOWER COURT SHOULD HAVE RENDERED;

(D) REVERSE LOWER COURT JUDGMENT AND REMAND CASE FOR FURTHER PROCEEDING;

(e). VACATE JUDGMENT OF LOWER COURT AND dISMISS CASE;

(f.) VACATE LOWER COURTS JUDGMENT AND REMAND CASE FOR FURTHER PROCEEDINGS IN LIGHT OF CHANGES IN LAW;

(g.) dISMISS THE APPEAL (ALTHOUGH MAKES <u>NO MENTION</u> "WITHOUT WRITTEN ORDER".)

<u>CONCLUSION</u>

THIS HONORABLE COURT TOTALLY IGNORED EX PARTE'S REQUEST OF "OPINIONS, PUBLICATIONS AND CITATIONS". THIS COURT DID HOWEVER denied MOTION FOR REHEARING/RECONSIDERATION AND STILL denied

②

EX PARTE "WRITTEN OPINIONS, PUBLICATION AND CITATIONS", IN ACCORDANCE WITH STANDARDS OF APPELLATE CONDUCT AND TEXAS RULES OF APPELLATE PROCEDURE.

THEREFORE, EX PARTE IS GIVEN "NO OTHER" OPTION but TO REQUEST "HEARING OF RECONSIDERATION EN BANC" AND AGAIN REQUEST "WRITTEN OPINION, PUBLICATION AND CITATION".

FURTHERMORE, SHOULD EX PARTE BE DENIED, MAY THIS HONORABLE COURT PROVIDE EX PARTE WITH "CERTIFICATE OF APPEALABILITY" SO I MAY APPEAL THIS ISSUE TO THE "SUPREME COURT OF TEXAS".

## PRAYER

EX PARTE BROWN, NOW COMES BEFORE THEE ALMIGHTY God, THIS HONORABLE COURT, WHERE ALL PREMISES MAYbE CONSIDERED AND REQUEST THIS HONORABLE COURT SHALL GRANT ALL REQUESTED ITEMS AND ISSUES PRESENTED BEFORE THEE.

UPON RECONSIDERATION OF COURTS EN BANC, THIS HONORABLE COURT MAY ARREST/ABATE ALL CONVICTIONS AND SENTENCING AND REMAND THE LOWER COURT TO SET-ASIDE CONVICTION AND SENTENCE AND GRANT EX PARTE A NEW TRIAL ON THE MERITS OF HIS CASE PRESENTED TO THEE.

IN ALTERNATIVE THAT EX PARTE BROWN MAYbE GRANTED A MODIFICATION OF LESSER INCLUDED OFFENSE WITH IT, LESSER PUNISHMENT MAYbE INCLUDED. SO HELP ME God!

RESPECTFULLY SUBMITTED,

ERIC J. BROWN
#1570332
MC CONNELL UNIT
3001 S. EMILY dr.
BEEVILLE, TEXAS 78102

EXECUTED ON THIS 7th dAY OF APRIL
2015

## INMATE UNSWORN DECLARATION

I, ERIC J. BROWN, T.D.C.J. - C.I.D NO: 1570332, hereby declare that I am presently incarcerated at the William G. McConnell Unit, 3001 S. Emily dr. Beeville, Texas 78102. I further declare under the laws and penalities of Perjury of this state that all facts and statements are true and correct to the best of my knowledge, so help me God.

Eric J. Brown
#1570332
McConnell Unit
3001 S. Emily dr
Beeville, Texas 78102

Executed on this 14th day of April 2015.

(4)